IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:21-CR-3001 |
| vs. | ORDER |
| PERRION BLUFORD, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 26). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 26) is granted.

2. The indictment is dismissed without prejudice.

Dated this 13th day of July, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge